■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD GREEN, Also Known as TODD JEFFERS GREEN, Appellant. [608 NYS2d 626] —Judgment, Supreme Court, New York County (Richard Lowe, III, J.), rendered November 8, 1991, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 12½ to 25 years, unanimously modified on the law, the facts and as a matter of discretion in the interest of justice to reduce the sentence to 8 to 16 years, and otherwise affirmed.

Defendant's contention that the court's *Allen* charge *(Allen v United States,* 164 US 492) impermissibly shifted the burden of proof is unpreserved as a matter of law (CPL 470.05 [2]), and we decline to review it in the interest of justice. If we were to review it, we would find that the charge, viewed as a whole, merely exhorted the jurors to keep their minds open

and not to speculate, and did not impose an "affirmative obligation * * * to supply concrete reasons 'based upon the evidence' for [an] inclination to acquit" *(People v Antommarchi,* 80 NY2d 247, 251-252).

We find the sentence excessive to the extent indicated, and modify the judgment of conviction accordingly. Concur—Murphy, P. J., Ellerin, Kupferman and Nardelli, JJ.